IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AYOUB HAJI MAMET, *et al.*, ) ) | |
| Petitioners, ) ) | |
| v. ) | Civil Action No. 05-CV-1886 (JR) |
| ) | |
| GEORGE W. BUSH, ) President of the United States, ) *et al.*, ) ) | |
| Respondents. ) ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2005, copies of the foregoing were transmitted via

Federal Express to counsel for petitioner:

>Paul Schoeman
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, NY 10036
>(212) 715-9100

>  /s/ Preeya M. Noronha
>PREEYA M. NORONHA
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Ave., N.W.   Room 7226
>Washington, DC  20530
>Tel.:  (202) 514-3338
>Fax:  (202) 616-8202

>One of the Attorneys for Respondents