IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------- x
                                               :
AYOUB HAJI MAMET, et al.,                      :   Civil Action No. 1:05 CV 01886 (JR)
                                               :
                    Petitioners,               :   Before the Honorable James Robertson
                                               :
          v.                                   :
                                               :
GEORGE W. BUSH, et al.,                        :
                                               :
                    Respondents.               :
                                               :
---------------------------------------------- x

### CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certify, pursuant to L. Civ. R. 83.2(g), that they are representing Petitioners without compensation.

Dated: October 12, 2005

        Respectfully submitted,

        Counsel for Petitioners:

        _____
        Paul Schoeman (Pursuant to LCvR 83.2(g))
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 715-9100
        Fax: (212) 715-8000

        _____
        J. Wells Dixon (Pursuant to LCvR 83.2(g))
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 715-9100
        Fax: (212) 715-8000

_____
Joel Taylor (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Alison Sclater (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

_____
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

- and -

Barbara Olshansky (NY-0057)
Tina Monshipour Foster (Pursuant to LCvR 83.2(g))
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that a copy of the foregoing document, dated October 12, 2005, was served via overnight mail this 12th day of October, 2005 upon the following party:

Andrew I. Warden, Esq.
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W., Room 6120
Washington, D.C. 20530

_____
J. Wells Dixon

KL3:2471220.1