IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
: Civil Action No. 1:05 CV 01886 (EGS)
AYOUB HAJI MAMET, *et al.*, :
: Hon. Emmet G. Sullivan
Petitioners, :
:
v. : **CROSS MOTION FOR EXPEDITED**
: **ENTRY OF PROTECTIVE ORDER**
GEORGE W. BUSH, *et al.*, : **AND OTHER RELIEF**
:
Respondents. :
:
———————————————————— x

Petitioners Ayoub Haji Mamet, Ahmad Doe, and Aktar Doe, acting on their own behalf and through their Next Friends, Adel Abdul Hakim and Usama Hasan Abu Kabir, and by and through their undersigned counsel, hereby respectfully move that the Court: (i) grant expedited entry of the protective order previously entered by Judge Joyce Hens Green in *Ab-dah v. Bush*, 04-CV-1254 (HHK), and other coordinated Guantánamo detainee cases; (ii) order Respondents to submit a factual return to the Petition as well as each Petitioner's Combatant Status Review Tribunal file; (iii) grant Petitioners immediate access to undersigned counsel by telephone; and (iv) enter an order in aid of jurisdiction barring the transfer of Petitioners from the Guantanamo Bay Naval Base without at least thirty days' advance, written notice to Petitioners and their undersigned counsel. The grounds for the cross motion are fully set forth in the accompanying Memorandum of Law, the Declaration of Paul Schoeman, executed October 19, 2005, and the exhibits attached thereto, and the Declaration of Sabin Willett, executed on October 14, 2005 and filed with the Court under seal on October 19, 2005.

KL3:2472509.1

Dated:    New York, New York
           October 19, 2005

           Respectfully submitted,

           KRAMER LEVIN NAFTALIS & FRANKEL LLP


           By: /s/ Paul Schoeman

              Paul Schoeman (Pursuant to LCvR 83.2(g))
              J. Wells Dixon (Pursuant to LCvR 83.2(g))
              Joel Taylor (Pursuant to LCvR 83.2(g))
              Alison Sclater (Pursuant to LCvR 83.2(g))
              Michael J. Sternhell (Pursuant to LCvR 83.2(g))
              1177 Avenue of the Americas
              New York, New York 10036
              Tel:  (212) 715-9100

           -and-

           CENTER FOR CONSTITUTIONAL RIGHTS
              Barbara Olshansky (NY-0057)
              Tina Monshipour Foster (Pursuant to LCvR 83.2(g))
              Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
              666 Broadway, 7th Floor
              New York, New York 10012
              Tel:  (212) 614-6439

           *Counsel to Petitioners*

TO:    Terry M. Henry
        U.S. Department of Justice
        Civil Division, Federal Program Branch
        20 Massachusetts Avenue, N.W. Room 7144
        Washington, D.C. 20530

KL3:2472509.1