IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AYOUB HAJI MAMET, *et al.*,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　　　　Respondents. | Civil Action No. 1:05 CV 01886 (EGS)<br><br>Hon. Emmet G. Sullivan<br><br>**DECLARATION OF<br>PAUL SCHOEMAN** |

　　　　I, Paul Schoeman, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

　　　　1.　　I am a member of Kramer Levin Naftalis & Frankel LLP, attorneys for Petitioners in the above-captioned action.  I submit this declaration in support of Petitioners' memorandum in opposition to Respondents' motion for an order to show cause why this case should not be dismissed for lack of proper "next friend" standing, and in support of Petitioners' cross motion for expedited entry of the Protective Order and other relief, solely to place before the Court copies of documents relevant to the resolution of these motions.

　　　　3.　　Attached to this declaration are true copies of the following documents:

| Exhibit | Document |
|---|---|
| A. | Letter from Sabin Willett to Christine Gunning dated October 14, 2005 |
| B. | Status Conf. Tr., *Qassim v. Bush*, Civ. No. 05-497 (JR) (Aug. 25, 2005) |

|   |   |   |
|---|---|---|
| C. | | Declaration of Clive A. Stafford Smith, executed September 12, 2005 |
| D. | | Declaration of Attorney Barbara Olshansky, executed September 9, 2005 (with exhibits) |
| E. | | Declaration of Jay W. Hood, executed August 8, 2005 |
| F. | | Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)) |
| G. | | Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004 |
| H. | | Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004 |

I declare under penalty of perjury of the laws of the United States and the State of New York that the foregoing is true and correct. Executed this 19th day of October 2005, in New York, New York.


/s/ Paul Schoeman
Paul Schoeman

KL3:2472520.1