**BINGHAM McCUTCHEN**

Direct Phone: (617) 951-8775
Direct Fax: (617) 951-8736
sabin.willett@bingham.com

October 14, 2005

*VIA FEDEX*

Habeas Privilege Team
 Attn: Christine Gunning
Department of Justice
Compliance Review & Litigation Security Group (CRLSG)
20 Massachusetts Avenue, NW, Suite 5300
Washington, D.C. 20530

Re:  *Ayoub Haji Mamet, et al. v. George W. Bush, et al.*
     Case No. 1:05-cv-01886 (EGS)

Dear Ms. Gunning:

Enclosed for filing in the referenced case, please find two copies of the October 14, 2005 Declaration of Sabin Willett.

Please arranged for service on the government and filing of the original declaration with the Court in the referenced case.

Please note that this declaration is pertinent to a pending motion in the referenced case. All of the information contained in it comes from pages of my notes that have been unclassified, and some have been stamped "FOUO." Kramer Levin are counsel to the petitioners in this case, but because of the Government's refusal to enter a protective order have been unable to execute such an order. Accordingly, in an abundance of caution I have filed this declaration directly with you.

I request that you immediately provide a copy of this declaration to counsel for the petitioners, Michael Sternhell, Esq., at Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036, Tel: 212-715-9491

Very truly yours,

Sabin Willett

PSW/kmc
Enclosure

cc:   Susan Baker Manning, Esq.
        (w/enclosure)
      Michael Sternhell, Esq.
        (by telecopier w/o enclosure)

Bingham McCutchen LLP
150 Federal Street
Boston, MA
02110-1726

617.951.8000
617.951.8736 fax

bingham.com

Boston
Hartford
London
Los Angeles
New York
Orange County
San Francisco
Silicon Valley
Tokyo
Walnut Creek
Washington