IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
                                          :   Civil Action No. 1:05 CV 01886 (EGS)
AYOUB HAJI MAMET, *et al.*,               :
                                          :   Hon. Emmet G. Sullivan
            Petitioners,                  :
                                          :
        v.                                :   **[PROPOSED] ORDER**
                                          :
GEORGE W. BUSH, *et al.*,                 :
                                          :
            Respondents.                  :
                                          :
———————————————————— x

The Court having considered Petitioners' cross motion for an Order: (i) granting expedited entry of the protective order previously entered by Judge Joyce Hens Green in *Ab-dah v. Bush*, 04-CV-1254 (HHK), and other coordinated Guantánamo detainee cases; (ii) ordering Respondents to submit a factual return to the Petition as well as each Petitioner's Combatant Status Review Tribunal ("CSRT") file; (iii) granting Petitioners immediate access to undersigned counsel by telephone; and (iv) entry of an order in aid of jurisdiction barring the transfer of Petitioners from the Guantanamo Bay Naval Base without at least thirty days' advance, written notice to Petitioners and their counsel, Petitioners' cross motion is hereby:

GRANTED, and it is

ORDERED that:

The following orders in *In re Guantanamo Bay Detainee Cases* shall be fully applicable in this case as if entered herein: Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Supplementing and Amending

KL3:2472435.1

Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004; and Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004;

Respondents shall submit forthwith a factual return to the Petition as well as each Petitioner's CSRT file;

Respondents shall grant Petitioners access to their counsel by telephone within seven days of the date of this Order and every fourteen days thereafter for as long as Petitioners' case is pending, with the assistance of a Uighur translator who is a lawful permanent resident of the United States but who may not have national security clearance.  Respondents shall grant said access irrespective of whether Petitioners' counsel's pending applications for national security clearance have been granted as of that date; and

Respondents shall not transfer Petitioners from the Guantanamo Bay Naval Base without at least thirty days' advance, written notice to Petitioners and their counsel.

IT IS SO ORDERED

DATE

HON. EMMET G. SULLIVAN
United States District Judge

KL3:2472435.1