IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— x
                                                              :   Civil Action No. 1:05 CV 01886 (EGS)
AYOUB HAJI MAMET, *et al.*,               :
                                                              :   Hon. Emmet G. Sullivan
                Petitioners,     :
                                                              :
        v.                                    :   **NOTICE OF FILING**
                                                              :
GEORGE W. BUSH, *et al.*,                    :
                                                              :
                Respondents.  :
                                                              :
———————————————————————— x

       PLEASE TAKE NOTICE THAT, Petitioners hereby file in the above-captioned case the attached October 14, 2005 Declaration of Sabin Willett (the "Willett Declaration") in further support of their previously filed Memorandum of Law in Opposition to Respondents' Motion for an Order to Show Cause Why Case Should Not Be Dismissed for Lack of Proper "Next Friend" Standing.  The Willett Declaration was previously filed under seal on October 19, 2005.  Mr. Willett has now informed us that the Department of Justice Court Security Office has determined that the Willett Declaration is unclassified, does not contain protected information and can be filed publicly.

KL3:2474111.1

Dated:  New York, New York
        October 26, 2005

        Respectfully submitted,

        KRAMER LEVIN NAFTALIS & FRANKEL LLP


        By: /s/ Paul Schoeman

            Paul Schoeman (Pursuant to LCvR 83.2(g))
            J. Wells Dixon (Pursuant to LCvR 83.2(g))
            Joel Taylor (Pursuant to LCvR 83.2(g))
            Alison Sclater (Pursuant to LCvR 83.2(g))
            Michael J. Sternhell (Pursuant to LCvR 83.2(g))
            1177 Avenue of the Americas
            New York, New York 10036
            Tel: (212) 715-9100

        -and-

CENTER FOR CONSTITUTIONAL RIGHTS
    Barbara Olshansky (NY-0057)
    Tina Monshipour Foster (Pursuant to LCvR 83.2(g))
    Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel: (212) 614-6439

*Counsel to Petitioners*