FILED WITH
COURT SECURITY OFFICER
10|19|05  *[signature]*
DATE

COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— x
               :

AYOUB HAJI MAMET, et al.,     :    Civil Action No. 1:05 CV 01886 (EGS)
               :

          Petitioners,  :    Hon. Emmet G. Sullivan
               :

          v.          :

GEORGE W. BUSH, et al.,     :
               :

          Respondents.  :
               :
———————————————————— x

## OCTOBER 14, 2005 DECLARATION OF SABIN WILLETT

I, Sabin Willett, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    I am over 18 years of age. I have personal knowledge of the facts stated herein, except those stated on information and belief, and, if called upon, could and would testify competently to them.

2.    I am a partner with Bingham McCutchen LLP, counsel of record for petitioners Abu Bakkar Qassim and Adel Abdu Al-Hakim in the action *Qassim v. Bush*, Case No. 05-0497 (JR), currently pending in the United States District Court for the District of Columbia. Bingham McCutchen is also counsel of record in *Mamet v. Bush*, Case No. 05-1602 (ESH), and *Kiyemba v. Bush*, Case No. 05-1509 (RMU), both of which are Guantánamo habeas cases currently pending in the United States District Court for the District of Columbia. Each of the petitioners in these three cases is Uighur or of Uighur heritage. Uighurs are a Turkic Muslim minority group native to western China that has been repressed by the Chinese government.

3.     According to the Government, It has been more than six months since a Combat Status Review Tribunal ("CSRT") formally determined that Messrs. Qassim and Hakim are not "enemy combatants." As I set forth in detail below, my clients have advised me that **each of the petitioners in this case also was advised earlier this year that he is not regarded by the government as an enemy combatant.**

4.     In *Qassim*, the government conceded that it completed the CSRT process for Messrs. Hakim and Qassim on March 26, 2005. The United States continues to imprison Messrs. Qassim and Hakim in Camp Iguana at Guantánamo Bay Naval Station.

4.     I am informed and believe that certain non-enemy combatants (whom the Government refers to as "NLECs") imprisoned at Guantánamo Bay are held in "Camp Iguana," and that no one who is regarded by the Government to as enemy combatant is held in Camp Iguana. I understand that the military began housing non-enemy combatant prisoners at Camp Iguana in approximately mid-August 2005, and that Messrs. Qassim and Hakim were among the first prisoners transferred to this camp when they were moved to the camp on or about August 18, 2005.

5.     Because Messrs. Qassim and Hakim are not "enemy combatants," my colleague Susan Baker Manning and I have been able to obtain telephone access to them on two occasions to date. Those telephone calls took place on August 23, 2005 and September 23, 2005. Each call lasted for approximately one hour, and was monitored by a member of the Defense Department's privilege review team. An interpreter also participated in each call.

6.     On September 23, our clients advised that during both the August 23 and September 23 telephone conversations, my clients were not allowed to speak with us from Camp Iguana, where they are housed. Instead, on both occasions, military personnel moved Messrs.

Qassim and Hakim from Camp Iguana to Camp Echo, where each was held in solitary confinement. Messrs. Qassim and Hakim informed us that they were confined overnight prior to the calls and shackled by military personnel during the telephone calls. Specifically, during both calls, each of my clients was shackled by the ankle to a chain, which is in turn was connected to a ring set into the floor of the cell in Camp Echo.

7.    On August 29, 2005, I met personally with each of Messrs. Qassim and Hakim, in separate meetings at Camp Iguana. They advised that on that August 29 there were eight non-enemy combatant prisoners held in Camp Iguana, including themselves. During the September 23 call, my clients informed me that a ninth non-enemy combatant prisoner, who is from Egypt, had recently been moved to Camp Iguana.

8.    My clients advised me that  as of September 23, 2005, the nine men imprisoned at Camp Iguana were:

|   | Name | ISN | Nationality |
|---|------|-----|-------------|
| 1 | Abu Bakker Qassim | 283 | Uighur |
| 2 | Adel Abdu Al-Hakim (aka Adel Abdul Hakim) | 293 | Uighur |
| 3 | Ayoub (aka Haji Mohammad) | 279 | Uighur |
| 4 | Ahmad | 260 | Uighur |
| 5 | Aktar Qassim (aka Niyaz) | 276 | Uighur |
| 6 | Saddiq | 491 | Saudi (Uighur heritage) |
| 7 | Zakerjain | 672 | Russian |
| 8 | Fethi Boucetta | 798 | Algerian |
| 9 | Ala Abdu Kuduz Mohammed | 716 | Egyptian |

9.    It is my understanding that military personnel at Guantánamo generally refer to prisoners, including non-enemy combatant prisoners, by their unique Internment Serial Numbers ("ISNs"). Messrs. Qassim and Hakim provided the ISNs listed above to me.

10.     During separate meetings with Messrs. Qassim and Hakim on August 29, 2005, each told me that the Uighurs "Aktar," "Ahmad," and "Ayoub," like Messrs. Qassim and Hakim, (i) were living at Camp Iguana, (ii) had been found not to be enemy combatants by the CSRTs, and (iii) desired that counsel represent them to seek their release under habeas corpus. I advised the men that we already had obtained "next friend" authorizations for Aktar and Ahmad, but that we had no such authorization for Ayoub, and that without it we could not obtain counsel for Ayoub.

11.     Mr. Hakim in my presence executed and handed to me a next-friend authorization for Ayoub, which, upon its being unclassified by the CSOs, I forwarded to Kramer Levin Naftalis & Frankel LLP, counsel for the petitioners in this case.

12.     Messrs. Qassim and Hakim further advised me as follows:

i.      Ayoub, Ahmad and Aktar Qassim are all ethnic Uighurs. In the fall of 2001, each of these three men was living in a Uighur camp in Afghanistan that was destroyed when it was bombed from the air by United States forces. They fled to Pakistan as part of a group of approximately 18 Uighurs who are now incarcerated at Guantánamo. This group included Messrs. Qassim and Hakim. These Uighurs were arrested by Pakistani authorities, who then turned them over to the United States military. They were detained in Kandahar, Afghanistan until approximately mid-June 2002, when they were transported to Guantánamo Bay.

ii.     Ayoub is a non-enemy combatant incarcerated in Camp Iguana. His ISN is 279, and he is sometimes known as Haji Mohammed. He is from the city of Kashgar in the Xinjiang Uighur Autonomous Region of western China. (Uighurs refer to this area as

"Turkistan" or "East Turkistan.") Ayoub is approximately 24 years old. He is the youngest of the Uighurs imprisoned at Guantánamo.

iii.    Ahmad is a non-enemy combatant incarcerated in Camp Iguana. His ISN is 260. Like Ayoub, he is from Kashgar. He is approximately 31 years old.

iv.    Aktar Qassim (who is not related to Abu Bakker Qassim) is a non-enemy combatant incarcerated in Camp Iguana. His ISN is 276. In Turkistan, he is also known as Niyaz. Aktar is from the city of Ghulja. He is approximately 31 or 32 years old.

13.    "Aktar," "Ahmad," and "Ayoub" are names transliterated to English from Uighur, and English characters do not approximate well either the vowel or consonant sounds of the Uighur language. As a result, "Aktar" can be rendered as "Akhdar" or "Erter," and "Ahmad" can be rendered as "Akhmad" or "Ehmet."


I declare under penalty of perjury of the laws of the United States and the Commonwealth of Massachusetts that the foregoing is true and correct. Executed this 14th day of October 2005, in Boston, Massachusetts.


_____
Sabin Willett