IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――――――――――― x
                                          :
AYOUB HAJI MAMET, *et al.*,               :  Civil Action No. 1:05 CV 01886 (EGS)
                                          :
                        Petitioners,      :  Hon. Emmet G. Sullivan
                                          :
            v.                            :
                                          :  **RENEWED MOTION ON**
GEORGE W. BUSH, *et al.*,                 :  **CONSENT FOR EXPEDITED**
                                          :  **ENTRY OF PROTECTIVE ORDER**
                        Respondents.      :
                                          :
―――――――――――――――――――――――――――― x

       Petitioners Ayoub Haji Mamet, Ahmad Doe, and Aktar Doe, acting on their own behalf and through their Next Friends, Adel Abdul Hakim and Usama Hasan Abu Kabir, respectfully submit this renewed motion on consent for expedited entry of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004 (collectively the "Protective Order"), which have previously been entered in other pending Guantánamo habeas cases.

       1.     On October 4, 2005, Respondents filed a motion for order to show cause why this case should not be dismissed for lack of proper "next friend" standing, or in the alternative, to stay proceedings pending the resolution of appeals in *Khalid v. Bush* Nos. 04-CV-1142 (RJL), 355 F. Supp. 2d 311 (D.D.C. 2005), and *In re Guantanamo Detainee Cases*, No. 02-CV-0299 (CKK), 355 F. Supp. 2d 443 (D.D.C. 2005).

2. On October 18, 2005, Petitioners opposed Respondents' motion and cross moved for, among other things, expedited entry of the Protective Order. Respondents opposed Petitioners' cross motion in its entirety on October 31, 2005 and argued that entry of the Protective Order was inappropriate until the Court ruled on Respondents' pending motion to dismiss.[1] Respondents indicated that they would not oppose entry of the Protective Order in the event that the standing issue was resolved in Petitioners' favor.

3. On December 16, 2005, Petitioners filed a notice of additional facts in further opposition to Respondents' motion and in further support of their cross motion. Annexed to their notice were unclassified letters from Petitioners providing undersigned counsel with direct authorization to represent Petitioners in these proceedings and seek their immediate release.

4. On December 30, 2005, Respondents filed a response to Petitioners' notice of additional facts, in which they acknowledged that Petitioners' direct authorizations rendered Respondents' motion for order to show cause moot. Respondents also argued that this case should be stayed except for entry of the Protective Order.

5. The parties conferred by telephone on January 3, 2006, and counsel for Respondents indicated their consent to this motion and expedited entry of the Protective Order.[2]

---

[1] The Court has not yet ruled on the parties' motions.

[2] The Court Security Office also consented to our filing this motion directly with the Court.

2

Accordingly, Petitioners respectfully renew their request for entry of the Protective Order without prejudice to Petitioners' right to challenge or seek modification of any particular terms of the Protective Order in the future.

Dated: New York, New York
      January 4, 2006

Respectfully submitted,

Counsel for Petitioners:

/s/ Paul Schoeman
Paul Schoeman (Pursuant to LCvR 83.2(g))
J. Wells Dixon (Pursuant to LCvR 83.2(g))
Joel Taylor (Pursuant to LCvR 83.2(g))
Alison Sclater (Pursuant to LCvR 83.2(g))
Michael J. Sternhell (Pursuant to LCvR 83.2(g))
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

- and -

Barbara Olshansky (NY-0057)
Tina Monshipour Foster (Pursuant to LCvR 83.2(g))
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499