IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x
:
AYOUB HAJI MAMET, *et al.*,                 :   Civil Action No. 1:05 CV 01886 (EGS)
:
           Petitioners,                 :   Hon. Emmet G. Sullivan
:
    v.                                          :
:   **[PROPOSED] ORDER**
GEORGE W. BUSH, *et al.*,                   :
:
           Respondents.                 :
:
_____ x

      Absent objection from any party, Petitioners' Renewed Motion on Consent for Expedited Entry of Protective Order is hereby GRANTED, and the following orders in *In re Guantánamo Bay Detainee Cases* shall be fully applicable in this case as if entered herein: Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, issued November 8, 2004 (344 F. Supp. 2d 174 (D.D.C. 2004)); Order Addressing Designation Procedures for "Protected Information," issued November 10, 2004; and Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued December 13, 2004.

      SO ORDERED this _____ day of _____, 2006.


                                                      _____
                                                    Emmet G. Sullivan
                                                    United States District Judge

KL3:2487998.1