IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

——————————————————— x
:
AYOUB HAJI MAMET, *et al.*,                            :
:
               Petitioners,          :   Civil Action No. 05-CV-1886 (EGS)
:
          v.                                :   **NOTICE OF FILING**
:
GEORGE W. BUSH, *et al.*,                              :
:
               Respondents.          :
:
——————————————————— x

       PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security

Office for service and filing in the above-captioned action a May 2, 2006 Declaration of J. Wells

Dixon, with exhibits, in further support of their *habeas corpus* petition filed on September 23,

2005.

Dated:     New York, New York
           May 2, 2006

                                Respectfully submitted,

                                Counsel for Petitioners:

                                /s/ Paul Schoeman
                                Paul Schoeman (Pursuant to LCvR 83.2(g))
                                J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                Joel Taylor (Pursuant to LCvR 83.2(g))
                                Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Tel:  (212) 715-9100
                                Fax:  (212) 715-8000

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street
New York, New York  10021
Tel:  (212) 717-2736

Barbara Olshansky (NY-0057)
Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel:  (212) 614-6439
Fax:  (212) 614-6499

KL3:2516011.1