PREVIOUSLY FILED WITH CSO AND
CLEARED FOR PUBLIC FILING

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AYOUB HAJI MAMET, *et al.*,

        Petitioners,

        v.

GEORGE W. BUSH, *et al.*,

        Respondents.

Civil Action No. 05-CV-1886 (EGS)

---

## DECLARATION OF J. WELLS DIXON

I, J. WELLS DIXON, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, New York 10036 ("Kramer Levin"). I am licensed to practice law in the States of New York and Colorado.

2. Kramer Levin is *pro bono* counsel to petitioners Ayoub Haji Mamet, Aktar Doe and Ahmad Doe ("Petitioners") in the above-captioned action. Petitioners are Uyghurs, a Turkic Muslim minority group native to western China, whom the government has determined are not "enemy combatants." Yet they remain imprisoned in Camp Iguana at the U.S. Naval Station at Guantánamo Bay, Cuba ("Guantánamo"). On September 23, 2005, Petitioners filed a *habeas corpus* petition seeking their release from Guantánamo (the "Petition").

3. I now submit this declaration in further support of the Petition, solely to place before the Court true copies of two documents attached hereto as Exhibits A and B. I am

KL3:2515965.1

-2-

informed and believe that these documents are English translations of unclassified letters written in Uyghur by petitioner Ahmad. These letters are addressed to the Court (Exhibit A) and Secretary of State Condoleezza Rice (Exhibit B).

4. At the direction of petitioner Ahmad, these letters are being filed with the Court in redacted form. They have been redacted to remove petitioner Ahmad's full name from each letter because of concerns that his family may be subject to persecution in Central Asia as a result of the information contained in these letters. Unredacted copies of these letters are available for review by the Court and Respondents, upon request.

5. To correct a typographical error made by the translator, we have also properly indicated petitioner Ahmad's ISN as "260" on the letter attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:    New York, New York
             May 2, 2006

_____
J. Wells Dixon

# EXHIBIT A

March 16, 2006

Dear Honorable Judge,

My name is Ahmat [    ] and I have been detained in Guantanamo in last four years. Lack of progress with my case gives me no choice but directly appeal to you by writing this letter.

The Pakistanis handed me to the US military on December 23, 2001. After assessing my situation, US authorities concluded that I did not pose security threat to the United States and was present in Afghanistan because of our shared historic enemy, Communist China. The US military notified me that I would not be sent back to China and they would consider granting me asylum status in the US. In 2004, US government also notified me that it is working to find a third country settlement for all the East Turkistanis.

On May 9, 2005, a US military tribunal determined that I am innocent and confirmed once again that I will not be repatriated to Communist China. The US military also informed me that the US Department of State was seeking a permanent settlement for me in a third country. Ten month have past, but we have not heard any progress from the government in that regard. I recently heard from a US military official that the government will continue to detain me here until it finds a permanent settlement. The slow or no progress has caused frustration and hopelessness in my live. In short, I am extremely tired of hearing the same excuses over and over again.

The US military officials told me about two years ago that they were looking for a third country for me to settle. Nothing has changed since then. It is very hard for me to understand that I am still languishing in a prison with a very little rights even after being found innocent ten months ago. I really wish someone could explain to me why I am still held in a heavily guarded prison. It is beyond my reasoning and understanding that a nation like the United States that has an agenda to promote and protect democratic rights of the oppressed people like me would be treated the way that I have been treated. I am mystified by the fact that a powerful and influential country like the United States would have a hard to find a permanent home for me. Why cannot the United States open its doors to me if the other will not? Isn't the US government that declared to the world that I am innocent? That is true because I have done no harm to anyone.

My attorneys filed court documents to your court earlier but there no progress has been made. The question now is why cannot the US accept me if the others will not. I initially hoped that some European country would accept me as a refugee but now that hope has faded away for the obvious reasons. I am now coming to the conclusion that the United States is in a best-suited country to resolve this issue timely in the interest of serving justice. Therefore, I seek asylum in the United States and I respectfully ask Your Honor consider our request.

Very truly yours,

_____/s/_____
Ahmat [    ] ISN #[260]

# EXHIBIT B

FOR OFFICIAL USE ONLY

January 19, 2006

Dear Secretary Condoleezza Rice,

It has been more than four years since I have been detained at this military prison in Guantanamo Bay, Cuba. Lack of progress with my case gives me no choice but directly appeal to you by writing this letter.

The Pakistanis handed me over to the US military on December 12, 2001. After assessing our situation, US authorities concluded that I do not pose security threat to the United States and my presence in Afghanistan was because of my historic enemy, Communist China. US military notified me that I will not be repatriated to China and the US government will consider granting me asylum status. In 2004, US government informed me that it is working to find a third country settlement for the Turkistanis.

On May 9, 2005, US military tribunal determined that I am innocent. The authorities reaffirmed once again that I will not be repatriated to China. They also informed me that the US Department of State is seeking a permanent home for me in a third country. It has been eight month since that determination is made but I have not seen any progress yet. I recently have heard from an officer that our imprisonment in here will be continued until the issue of a third country resettlement is resolved. I am feeling extremely down and frustrated because of the fact that I still live behind the fences. In short, I am so tired of hearing the same excuses over and over again.

It is very hard to understand that I am still languishing in a prison with very little rights even after being found innocent. It is beyond my reasoning and understanding that a nation like the United States that has an agenda to promote and protect democratic rights of the oppressed people would treat anyone the way that I have been treated. I am also mystified by the fact that a powerful and influential country like the United States would have a hard time to find a permanent home for me. Why cannot the United States open its doors to me if the others cannot? Isn't the US government that declared to the world that I am innocent?

The question is whether the US government is intending to imprison me in here indefinitely if it fails to find a country that takes me. If so, is that what we call justice? I initially hoped that some European country would accept me as a refugee but now that hope started to fade away for the obvious reasons. I came to the conclusion now that the United States is a best-suited country to resolve this problem in the interest of justice and fairness. Therefore, I seek asylum in the United States and I respectfully ask your government to consider my request.

Very truly your,

[   ] (also known as Ahmat [   ] with ISN #260)

FOR OFFICIAL USE ONLY