IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AYOUB HAJI MAMET, *et al.*, ) | |
| Petitioners, ) | |
| v. ) | Civil Action No. 05-CV-1886 (EGS) |
| GEORGE W. BUSH, ) President of the United States, *et al.*, ) | |
| Respondents. ) | |

**NOTICE OF TRANSFER OF PETITIONERS**

Respondents hereby notify the Court that petitioners in this case, "Ayoub Haji Mamet" (ISN 279), "Aktar Doe" (ISN 276), and "Ahmad Doe" (ISN 260), previously determined to be no longer classified as enemy combatants, have been released from Guantanamo Bay through relinquishment of United States custody and transfer to Albania for release. The circumstances of petitioners' release are identical to those described in the attached filing from this same date in *Qassim v. Bush* , No. 05-5477 (D.C. Cir.), a case involving two similarly situated individuals.

Dated: May 5, 2006                Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  DOUGLAS N. LETTER
                                  Terrorism Litigation Counsel

      /s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Rm. 7212
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents