IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

―――――――――――――――――――― x
                                        :
AYOUB HAJI MAMET, *et al.*,             :
                                        :
        Petitioners,        :
                                        :
    v.                            :  Civil Action No. 05 CV 01886 (EGS)
                                        :
GEORGE W. BUSH, *et al.*,               :
                                        :
        Respondents.        :
                                        :
―――――――――――――――――――― x

## NOTICE OF APPEARANCE AND CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of Petitioners Ayoub Haji Mamet, Ahmad Doe, and Aktar Doe in the above-captioned action.

I hereby certify, pursuant to L. Civ. R. 83.2(g), that I am representing Petitioners without compensation.

Dated: New York, New York
       June 15, 2005

                                Respectfully submitted,

                                Counsel for Petitioners:

                                _____
                                Darren LaVerne (Pursuant to LCvR 83.2(g))
                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                1177 Avenue of the Americas
                                New York, New York 10036
                                Tel: (212) 715-9100
                                Fax: (212) 715-8000