UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
AYOUB HAJI MAMET, et al.,     )
                              )
           Petitioners,       )
                              )   Civ. No. 05-1886 (EGS)
      v.                      )
                              )
GEORGE BUSH, et al.,          )
                              )
           Respondents.       )
_____)
```

**O R D E R**

On May 5, 2006, respondents filed a Notice of Transfer indicating that petitioners in this case, "Ayoub Haji Mamet" (ISN 279), "Aktar Doe" (ISN 276), and "Ahamd Doe" (ISN 260) have been released from the custody of the United States and transferred to Albania.  Accordingly, it is hereby

**ORDERED** that the petitioners shall show cause in writing, on or before September 28, 2006, why the petition for habeas corpus in this case should not be dismissed.

**SO ORDERED.**


**Signed:   Emmet G. Sullivan**
**United States District Judge**
**August 29, 2006**