IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------- x
:
AYOUB HAJI MAMET, *et al.*, :
: Civil Action No. 1:05 CV 01886 (EGS)
Petitioners, :
:
v. :
:
GEORGE W. BUSH, *et al.*, :
:
Respondents. :
:
---------------------------------------- x

PLEASE TAKE NOTICE THAT Petitioners have submitted to the Court Security Office for service and filing in the above-captioned action a Response to the Court's Order to Show Cause Why the Petition for Habeas Corpus Should Not Be Dismissed.

Dated:  New York, New York
        September 28, 2006

                         Respectfully submitted,

                         Counsel for Petitioners:

                         /s/ Paul Schoeman
                         Paul Schoeman (Pursuant to LCvR 83.2(g))
                         Joel Taylor (Pursuant to LCvR 83.2(g))
                         Michael J. Sternhell (Pursuant to LCvR 83.2(g))
                         Darren LaVerne (Pursuant to LCvR 83.2(g))
                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                         1177 Avenue of the Americas
                         New York, New York 10036
                         Tel: (212) 715-9100
                         Fax: (212) 715-8000

                         Barbara Olshansky (NY-0057)
                         Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                         J. Wells Dixon (Pursuant to LCvR 83.2(g))
                         CENTER FOR CONSTITUTIONAL RIGHTS

KL3:2545411.1

666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Alison Sclater (Pursuant to LCvR 83.2(g))
245 East 80th Street, #9J
New York, New York 10021
Tel: (212) 717-2736