*Approved for Public Filing
by the CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

AYOUB HAJI MAMET, *et al.*,

        Petitioners,

    v.

GEORGE W. BUSH, *et al.*,

        Respondents.

Civil Action No. 1:05-cv-01886 (EGS)

**PETITIONERS' NOTICE OF DISMISSAL**

---

PLEASE TAKE NOTICE THAT Petitioners Ayoub Haji Mamet, Ahmad Doe, and Aktar Doe, by and through their undersigned counsel, hereby dismiss the Petition without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, New York
October 27, 2006

        Respectfully submitted,

        Counsel for Petitioners:

        /s/ Paul Schoeman
        Paul Schoeman (Pursuant to LCvR 83.2(g))
        Joel Taylor (Pursuant to LCvR 83.2(g))
        Michael J. Sternhell (Pursuant to LCvR 83.2(g))
        Darren LaVerne (Pursuant to LCvR 83.2(g))
        KRAMER LEVIN NAFTALIS & FRANKEL LLP
        1177 Avenue of the Americas
        New York, New York 10036
        Tel: (212) 715-9100
        Fax: (212) 715-8000

        - and -

*Approved for Public Filing
by the CSO*

    Barbara Olshansky (NY-0057)
    Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
    J. Wells Dixon (Pursuant to LCvR 83.2(g))
    CENTER FOR CONSTITUTIONAL RIGHTS
    666 Broadway, 7th Floor
    New York, New York 10012
    Tel:  (212) 614-6439
    Fax:  (212) 614-6499

    - and -

    Alison Sclater (Pursuant to LCvR 83.2(g))
    245 East 80th Street, #9J
    New York, New York 10021
    Tel:  (212) 717-2736

- 2 -

KL3:2551440.1